Case 5:21-cv-00815-SVW-GJS   Document 1   Filed 05/06/21   Page 1 of 5   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
5/6/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

01  JOHN DAVIS GILLMAN
02  30755-B AWD RD - # 202033055
03  MURRIETA, CA - 92563
04
05                    UNITED STATES COURT
06                    CENTRAL DISTRICT
07  JOHN DAVIS GILLMAN
08  PLAINTIFF                     CASE: 5:21-cv-00815 SVW (GJS)
09                  V
10                              _____,
11  COUNTY OF RIVERSIDE,
12  CHAD BIANCO,
13  JOHN DOE 1,
14  JOHN DOE 2,
15  JOHN DOE 3,
16  DEFENDANT(S)
17
18  COMPLAINT WITH JURY DEMAND
19  INTRODUCTION
20
21      THIS COMPLAINT FILED SEEKING DAMAGES OVER INTENTIONAL AND DELIBERATE 'ADA' VIOLATIONS
22  BY DEPUTIES WHO KNOWINGLY AND WILFULLY FORCED AN UNFAIR DECISION WHICH RECKLESSLY INFLICTED
23  INJURY - THE DENIAL OF IMMEDIATE MEDICAL CARE AND PAIN MANAGEMENT THEREAFTER.
24
25  JURISDICTION
26
27      EXISTS OVER CLAIMS MADE BY INCARCERATED INMATE WITHIN CENTRAL DISTRICTS EASTERN DIVISION.
28  CLAIMS BROUGHT INCLUDE CIVIL-RIGHTS ISSUES AND THE AMERICAN DISABILITIES ACT. ('ADA' HEREIN).
29
30  PARTIES IN ACTION
31
32      • JOHN DAVIS GILLMAN PETITIONER AND VICTIM HERE SEEKING REDRESS
33      • COUNTY OF RIVERSIDE - SUED OFFICIALLY
34      • CHAD BIANCO - SHERIFF - SUED OFFICIALLY
35      • JOHN DOE 1 - D1  ⎫
36      • JOHN DOE 2 - D2  ⎬ SUED IN ALL CAPACITIES AS PERPETRATOR
37      • JOHN DOE 3 - D3  ⎭
38
39                              - 1 -

01  GENERAL FACTS
02
03  P1 - ON OCTOBER 19TH, 2020 - PETITIONER (HEREAFTER 'V1') WAS CALLED OUT BY POD DEPUTIES FOR A
04  APPARENT 'OFFICIAL VISIT' AT APPROXIMATELY 1900 HRS.
05
06  P2 - POD DEPUTIES, JOHN DOE 2 AND 3 RESPECTIVELY, REFUSED TO INFORM 'V1' WHO THE VISIT
07  WAS WITH AND ALLOWED THE INFERED BELIEF SAID VISIT WAS WITH A 'LEGAL REPRESENTATIVE' IN RE: TO
08  'V1', HIS CASE AND IMPENDING RELEASE FROM CUSTODY.
09
10  P3 - 'V1', A DISABLED INMATE WITH LIMITED MOBILITY AND PENDING FOOT SURGERY - WAS BROUGHT OUT
11  OF THE HOUSING AREA AND INSTRUCTED TO CLIMB A SET OF DUAL RISERS - STAIRS - LEADING TO THE POD
12  VISITING ROOM. ON REFUSAL AND REQUEST FOR 'ADA' COMPLIANT VISIT, INMATE WAS DENIED ANY
13  ACCOMADATION. ON INFORMING DEPUTIES OF MEDICAL NOTES, INMATE WAS GIVEN AN ULTIMATUM.
14  THE UNFAIR OPTION WAS SIMPLE - EITHER CLIMB THE STAIRS OR MISS THE VISIT AND A "RELEASE".
15
16  P4 - 'V1' REQUESTED ASSISTANCE IN CLIMBING AND WAS TOLD "I'D RATHER JUST WATCH YOU DO IT". NO
17  CARE WAS GIVEN AND INMATE WAS FORCED TO MAKE A DECISION THAT HE BELIEVED WOULD INFLICT
18  INJURY EITHER WAY. INMATE CLIMBED.
19
20  P5 - FOLLOWING THE VISIT, WHICH HAD NOTHING TO DO WITH LEGAL COUNSEL OR RELEASE. INMATE
21  REQUESTED IMMEDIATE MEDICAL ATTENTION AND PAIN MANAGEMENT. 'V1' WAS DENIED AND TOLD
22  TO PUT IN A "KITE" SO HE COULD BE SEEN IN A FEW DAYS. IT IS BELIEVED THIS INCIDENT IS
23  THE AGGRAVATING FACTOR TO A PRE-EXISTING INJURY THAT REQUIRED A MORE SERIOUS SURGERY.
24
25  EXHAUSTION OF REMEDIES
26
27     'V1' IS A PRETRIAL DETAINEE IN THE CUSTODY OF THE RIVERSIDE COUNTY SHERIFF IN RIVERSIDE
28  COUNTY, CALIFORNIA. IS HOUSED AT THE COIS-BYRD DETENTION CENTRE ('CBDC') IN MURRIETA. 'V1'
29  HAS EXHAUSTED ALL INTERNAL REMEDIES KNOWN
30
31  CLAIMS FOR RELIEF
32
33     THE ACTIONS OF DEPUTIES IN FORCING AN UNFAIR OPTION WHILE HOLDING A CLAIM TO ONE'S
34  FREEDOM AND IN DENYING AID OR ASSISTANCE AND MEDICAL ATTENTION TO A CLEARLY DISABLED
35  INMATE WAS SADISTICALLY CRUEL. THE ACTIONS WERE CONDUCTED KNOWINGLY AND WILFULLY AND
36  WERE INTENTIONAL IN NATURE
37
38
39                                          - 2 -

01 WHEREFORE — PLAINTIFF HERE PRAYS THIS COURT AWARD DAMAGES AS FOLLOWS:

03 • COMPENSATORY AND PUNITIVE DAMAGES IN THE AMOUNT OF $250,000.00 USD

07 PERSUANT 28 USC 1746 - ON INFORMATION AND BELIEF - I DECLARE THE FOREGOING AS TRUE AND
08 CORRECT UNDER PENALTY OF PERJURY

10 JOHN DAVIS GILLMAN

12 x *John Davis Gillman*

JOHN DAVIS GILLMAN/BK# 202033055
30755 B-AULD ROAD
MURRIETA, CA-92563

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT - EASTERN DIVISION
3470 12TH ST. ROOM 134
RIVERSIDE, CA-92501

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 6 2021
CENTRAL DISTRICT
EASTERN DIVISION

Moreno Valley PDDC 925
TUE 04 MAY 2021 PM



NA 770

"LEGAL MAIL"