**FILED**
CLERK, U.S. DISTRICT COURT

**12/23/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___hc___ DEPUTY

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

JoHN DAVIS GILLMAN
_____
*Plaintiff*

v.

RIVERSIDE COUNTY SHERIFF'S DEPT
JOHN DOE(2) JOHN DOE(3)
_____
*Defendant*

)
)
)
)
)
)

Civil Action No. 5:21-CV-00815-SVW-GJS

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: RIVERSIDE COUNTY SHERIFF'S DEPT. /COIS-BYRD DETENTION CENTER
*(Name of person to whom this subpoena is directed)*

❐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: COIS BYRD DETENTION CENTER/E-POD | Date and Time: OCTOBER 19TH 2020 IN BETWEEN 800PM/9:30PM THE NIGHT SHIFT |
|---|---|

❐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: COIS BYRD DETENTION CENTER / E-POD | Date and Time: OCTOBER 19TH 2020 IN BETWEEN 800PM/9:30PM THE NIGHT SHIFT |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

                *CLERK OF COURT*

                                                OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____     on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

TO THE CLERK                    CASE NO. 5:21-CV-00815-SVW (GJS)

I THE PLAINTIFF WISH TO SUBMIT AND USE THE CENTRAL

DISTRICT'S FORM FOR A RULE 45 SUBPOENA DUCES TECUM

(FORM AO-88B) TO OBTAIN THE NEEDED INFORMATION.

THE PLAINTIFF IS RESPECTFULLY REQUESTING FOR A SUBPOENA

TO BE SERVED UPON THE "COIS-BYRD DETENTION CENTER"

OR THE RELEVANT ENTITY. SO I THE PLAINTIFF CAN FILE

AN EXCEPTIONAL SECOND AMENDED COMPLAINT THAT

IDENTIFIES THE INDIVIDUAL RIVERSIDE COUNTY SHERIFF'S

DEPARTMENT OFFICERS BY THEIR FULL NAMES AND STATE

A CLAIM AGAINST EACH NAMED DEFENDANT


THE FALLOWING PRODUCTION IS REQUESTED TO BE PRODUCED

A LOG FROM THE DATE OF OCTOBER 19TH 2020

PROVIDING THE (FULL NAMES AND IDENTIDY) OF DEFENDANTS

JOHN DOE (2) DEPUTY RUNNER #1 ?   AND

JOHN DOE (3) DEPUTY RUNNER #2 ?

BOTH ARE COIS-BYRD DETENTION CENTER SHERIFF'S

DEPUTY'S WHO WERE AT THE TIME OF INCIDENT

ASSIGND TO E-POD AND STATIOND THE NIGHT

SHIFT. BETWEEN THE HOURS OF 8:00 PM & 9:30 P.M.

(1)

CASE NO. 5:21-CV-00815-SVW(GJS)

DATED: DECEMBER 6TH, 2021

RESPECTFULLY SUBMITTED, x John Gillman

JOHN DAVIS GILLMAN

CDC# BP1982

PO BOX# 3456 (ASU-G-185)

CORCORAN, CA. 93212-3456

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT CORCORAN, CALIFORNIA ON DEC 6TH, 2021

x John D. Gillman

JOHN D. GILLMAN

THANK YOU & GOD BLESS

(2)



JOHN D. GILLMAN #BP1482
P.O.BOX 3456 (ASU-G#185)
CORCORAN, CA, 93212-3456

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK,
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CA, 90012

LEGAL MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 2 3 2021

Corcoran State Prison

CV

GJS