UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:21-cv-0815-SVW (GJS) | Date | January 10, 2022 |
|---|---|---|---|
| Title | John D. Gillman v. County of Riverside | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| H. Crawford | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) Order Directing Service of Subpoena Duces Tecum by U.S. Marshals Service

On January 6, 2022, the Court authorized the issuance of a subpoena upon County of Riverside, Human Resources Department Custodian of Records (concerning the Cois-Byrd Detention Center). (Dkt. 30.) The Court ORDERS as follows:

1. The Clerk is directed to issue Plaintiff's subpoena duces tecum, issued on January 7, 2022 and located at Dkt. 31 (the "subpoena");

2. The Clerk shall forward the following documents to the United States Marshals Service (USMS):

    a.    Plaintiff's subpoena;

    b.    One completed USM-285 form, with the entity and address of service to be entered as follows:

        County of Riverside
        Human Resources Department
        4080 Lemon Street, Seventh Floor
        Riverside, California 92501

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-0815-SVW (GJS) | Date | January 10, 2022 |
| Title | John D. Gillman v. County of Riverside | | |

  c. One copy of the January 6, 2022 order, docketed at Dkt. 30, to accompany the subpoena; and

  d. Two copies of this order, one to accompany the subpoena and one for the USMS

  3. As soon as practicable, the USMS is directed to serve the subpoena without prepayment of costs in accordance with Rule 45 of the Federal Rules of Civil Procedure. Before attempting personal service, the USMS may request waiver of personal service of the subpoena; and

  4. If no waiver is received, the USMS shall serve by personal service the subpoena, along with copies of the January 6, 2022 order and this order, upon the individual/entity named in the subpoena.

  **IT IS SO ORDERED.**