UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-cv-0815-SVW (GJS) | Date | March 25, 2022 |
|---|---|---|---|
| Title | John Davis Gillman, v. County of Riverside, *et al.*, | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| H. Crawford | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSSAL

On May 6, 2021, Plaintiff, who is proceeding pro se and in forma pauperis, filed a civil rights complaint. On October 27, 2021, the Court dismissed the operative complaint with leave to amend and ordered Plaintiff to file a Second Amended Complaint. [Dkt. 19.] Plaintiff filed a request for an extension of time and the Court subsequently extended the amendment deadline to March 4, 2022. [Dkt. 34.] Plaintiff's deadline to file a Second Amended Complaint has now elapsed, and no Second Amended Complaint has been filed by Plaintiff. Nor has Plaintiff sought a further extension of time to do so.

Accordingly, on or before **April 15, 2022**, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. In order to discharge this Order and proceed with this action, Plaintiff shall file, no later than the April 15, 2022 deadline either (1) his Second Amended Complaint that remedies the deficiencies discussed in the October 27, 2021 dismissal Recommendation or (2) a request for an extension of time to file his Second Amended Complaint that is supported by a showing of good cause.

Plaintiff is expressly warned that if he fails to file a timely request for an extension or his Second Amended Complaint, that failure will be deemed by the Court as another

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-cv-0815-SVW (GJS) | Date | March 25, 2022 |
|---|---|---|---|
| Title | John Davis Gillman, v. County of Riverside, *et al.*, | | |

violation of a Court order and as further evidence of his lack of prosecution, and will result in a recommendation to the District Judge that this action be dismissed on those grounds. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734, *reh'g denied*, 371 U.S. 873, 83 S. Ct. 115, 9 L. Ed. 2d 112 (1962); *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988).